OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
1/14/2015 **PRIVATE USE**

**BARRON, JACOB**  Tr. Ct. No. 06-6547-C, 06-6548-C

$ 00.26⁵
02 1R
0002003152    JAN 15  2015
MAILED FROM ZIP CODE 78701    WR-75,972-03

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

JACOB BARRON
~~DANIEL UNIT~~ - TDC #1448990
~~938 SOUTH FM 1673~~
~~SNYDER, TX 79549~~

ANK